[Rockingham, June, 1883.]

### AYER, *A'pt*, v. HOW, *Ex'r.*

APPEAL from the refusal of the probate court to vacate a decree settling the account of the defendant as executor of David Messer, the plaintiff's grandfather.   Facts found by the court.

*G. C. & G. K. Bartlett* and *Wiggin & Fuller*, for the plaintiff.

*J. S. H. Frink*, for the defendant.

STANLEY, J.   The decree of settlement was made in pursuance of a written agreement of the plaintiff and all other parties in

interest. The agreement was not obtained by fraud, and no cause is shown for vacating the decree.

*Appeal dismissed.*

BLODGETT, J., did not sit: the others concurred.